UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN CARANNA, on behalf of himself )
and others similarly situated, )
)
Plaintiffs, )
v. ) Case No. 6:12-cv-219-Orl-19DAB
)
MERGE HEALTHCARE )
INCORPORATED D/B/A AMICAS, )
INC., )
Defendant. )

## RULE 41 JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that Sean Caranna hereby dismisses his claims with prejudice, without costs to either party as against the other. Furthermore, the parties agree that Defendant has paid Plaintiff full compensation, without compromise, and the attorneys' fees were resolved separate and apart from Plaintiff's recovery and did not diminish Plaintiff's recovery in any way. This is a final Order that ends all claims in this matter.

**FREEBORN & PETERS LLP**                    **MORGAN & MORGAN, P.A.**

**FOLEY & LARDNER LLP**

By: /s/ Jeffrey J. Mayer                          By: /s/ Carlos V. Leach
*Attorneys for Defendant*                         *Attorneys for Plaintiff*

Freeborn & Peters LLP                             Morgan & Morgan, P.A.
311 S. Wacker Drive, Suite 3000                   20 N. Orange Avenue, 14th Floor
Chicago, Illinois 60606                           P.O. Box 4979
Telephone: (312) 360-6000                         Orlando, Florida 32802
                                                  Telephone: (407) 420-1414
Foley & Larder LLP
111 North Orange Ave., Suite 1800
Orlando, Florida 32801
Telephone: (407)244-7137

May 30, 2012                                      May 30, 2012

**SO ORDERED:**

_____