UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN CARANNA, ON BEHALF OF
HIMSELF AND OTHERS
SIMILARLY SITUATED,

                                  CASE NO.: 6:12-CV-00219-PCF-DAB

    Plaintiff,

vs.

MERGE HEALTHCARE
INCORPORATED D/B/A AMICAS,
INC.,

    Defendant.                              /

### AMENDED RULE 41 JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that Sean Caranna hereby dismisses his claims with prejudice, without costs to either party as against the other. Furthermore, the parties agree that Defendant has paid Plaintiff full compensation, without compromise, and the attorneys' fees were resolved separate and apart from Plaintiff's recovery and did not diminish Plaintiff's recovery in any way. This is a final Order that ends all claims in this matter.

---

[1] The Parties have re-filed the Joint Dismissal to comply with Local Rule 1.05(a).

Respectfully submitted,

| **FREEBORN & PETERS LLP** | **MORGAN & MORGAN, P.A.** |
|---|---|
| **FOLEY & LARDNER LLP** | |
| By: /s/ Jeffrey J. Mayer | By: /s/ Carlos V. Leach |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 360-6000 | Morgan & Morgan, P.A.<br>20 N. Orange Avenue, 14th Floor<br>P.O. Box 4979<br>Orlando, Florida 32802<br>Telephone: (407) 420-1414 |
| Foley & Larder LLP<br>111 North Orange Ave., Suite 1800<br>Orlando, Florida 32801<br>Telephone: (407)244-7137 | |
| May 31, 2012 | May 31, 2012 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing of Plaintiff has been filed using the CM/ECF filing system, which I understand will send a notice of electronic filing to all counsel of record on this 31st day of May 2012.

                **s/ CARLOS V. LEACH**
                Carlos V. Leach